IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY M. KOEGEL FERTEL-RUST,

    Plaintiff,

v.

JOHNSON CONTROLS, INC. OF
MILWAUKEE, WISCONSIN,
CITY OF MILWAUKEE DEPT. OF
PUBLIC WORKS and
MAKERS OF AIR SPRAYS, including the
Johnson Co. Of Racine,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-449-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

_Peter Oppeneer_      11/9/12

Peter Oppeneer, Clerk of Court      Date